**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

GLOBAL TECH LED, LLC, a Florida
limited liability company

        Plaintiff,

v.                               Case No:  2:15-cv-553-FtM-29CM

HILUMZ INTERNATIONAL
CORP., HILUMZ, LLC and
HILUMZ USA, LLC,

        Defendants/Third
        Party Plaintiffs

JEFFREY J. NEWMAN, GARY
K. MART, GARY K. MART,
JEFFREY J. NEWMAN, GARY
K. MART and JEFFREY J.
NEWMAN,

        Third Party Defendants.
_____/

## ORDER

    This matter comes before the Court upon review of Plaintiff's Motion to Compel

(Doc. 110) filed on February 22, 2017.   Plaintiff seeks to compel production of

documents and revised discovery responses from Defendants Hilumz International

Corp, Hilumz LLC, and Hilumz USA, LLC ("Defendants").   Doc. 110 at 1.   On

March 15, 2017, Defendants filed a response, alleging that the present motion is now

moot because they produced additional documents and amended their responses as

requested by the present motion.   Doc. 113 at 1.   Furthermore, Defendants argue

that Defendants' amended responses do not include general objections disputed by

Plaintiff, and Defendants' responses state objections specific to Plaintiff's discovery requests.  *Id.* at 2.

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's Motion to Compel (Doc. 110) is **DENIED as moot**.

**DONE** and **ORDERED** in Fort Myers, Florida on this 16th day of March, 2017.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record