UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GLOBAL TECH LED, LLC, a Florida
limited liability company

      Plaintiff,

v.

Case No: 2:15-cv-553-FtM-29CM

HILUMZ INTERNATIONAL
CORP., HILUMZ, LLC and
HILUMZ USA, LLC,

      Defendants/Third
      Party Plaintiffs

JEFFREY J. NEWMAN, GARY
K. MART, GARY K. MART,
JEFFREY J. NEWMAN, GARY
K. MART and JEFFREY J.
NEWMAN,

      Third Party Defendants.
_____/

## ORDER

This matter comes before the Court upon review of Plaintiff's Motion to Seal (Doc. 132) filed on January 8, 2018. Plaintiff seeks to file under seal Plaintiff's motion for default judgment because documents accompanying the motion contain confidential proprietary information regarding Plaintiff's and Defendants' business. Doc. 132. Plaintiff states the parties have entered into a confidentiality agreement that protects their confidential business information. *Id.* at 1.

Pursuant to Local Rule 1.09(a),

> [u]nless filing under seal is authorized by statute, rule, or order, a party seeking to file under seal any paper or other matter in any civil case

shall file and serve a motion, the title of which includes the words "Motion to Seal" and which includes (i) an identification and description of each proposed for sealing; (ii) the reason that filing each item is necessary; (iii) the reason that sealing each item is necessary; (iv) the reason that a means other than sealing is unavailable or unsatisfactory to preserve the interest advanced by the movant in support of the seal; (v) a statement of the proposed duration of the seal; and (vi) a memorandum of legal authority supporting the seal. The movant shall not file or otherwise tender to the Clerk any item proposed for sealing unless the Court has granted the motion required by this section.

M.D. Fla. Rule 1.09(a).

Upon review, the Court finds that Plaintiff has sufficiently identified and described the documents proposed for sealing and sufficiently explained that filing the documents under seal is necessary.

ACCORDINGLY, it is hereby

**ORDERED:**

Plaintiff's Motion to Seal (Doc. 132) is **GRANTED**. Plaintiff shall have up to and including **January 16, 2018** to file under seal its motion for default judgment.

**DONE** and **ORDERED** in Fort Myers, Florida on this 9th day of January, 2018.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record